**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Junies Alberry Jenkins, Jr., | ) | |
| Plaintiff, | ) | No. CIV 04-2771-PHX-SRB (DKD) |
| vs. | ) | |
| Clemenshaw, et al., | ) | **ORDER** |
| Defendants. | ) | |

        On October 25, 2005, service upon Defendant Lucos was returned unexecuted, indicating that said Defendant was no longer at ASPC-Eyman (Doc. #19).  However, it is unclear whether Defendant Lucos may have been transferred to another facility.

        Accordingly, defense counsel will be required to advise the court and Plaintiff regarding this matter.  If Defendant Lucos is still employed with the ADOC, Defendants shall provide that information to Plaintiff.  If Defendant Lucos is no longer employed by the ADOC, Defendants shall provide his last known home address to the Court UNDER SEAL.

        **IT IS THEREFORE ORDERED THAT**:

        1.  Within ten (10) days from the date this Order is filed, Defendants shall provide Plaintiff with Defendant Lucos' current work location if said Defendant is still employed with the ADOC.  If Plaintiff is provided this information, he shall prepare and return a service packet to the Clerk of the Court.  The Clerk of the Court is further directed to send a service packet to Plaintiff.  If Defendant Lucos is no longer employed with the ADOC, Defendants shall file UNDER SEAL Defendant Lucos' last known home address.  Upon receipt of that information,

1   the Clerk of the Court shall prepare and send to the U.S. Marshal a service packet for service

2   of the Summons and Complaint upon Defendant Lucos.

3          2.  The time for completing service shall be extended sixty (60) days from the date this

4   Order is filed.

5          DATED this 7th day of February, 2006.

6

7

8   _____

9                    David K. Duncan
                 United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              - 2 -