**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Junies Alberry Jenkins, Jr., ) | |
| ) | No. CIV 04-2771-PHX-SRB (DKD) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Clemenshaw, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

It appearing to the Court that Defendant's[1] Motion to Dismiss (Doc. #25), filed December 21, 2005, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #25). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 13th day of February, 2006.

_____
Susan R. Bolton
United States District Judge

---

[1] Patrick O'Brien.